**Anthony Alexander PITTMAN, Petitioner–Appellant,**

v.

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, Respondent–Appellee.**

**No. 01–6012.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Anthony Alexander Pittman, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Anthony Alexander Pittman appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Pittman v. United States Dist. Court,* No. CA–00–762–FO–5 (E.D.N.C. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*